UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORTH AMERICAN SPECIALITY
INSURANCE COMPANY
    Plaintiff,

    v.                                                     C.A. No. 17-564-MSM-PAS

IRON CONSTRUCTION GROUP, LLC, et al.
    Defendant.

## JUDGMENT

    This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

    Defendant having failed to respond to the plaintiff's Motion for Summary Judgment and pursuant to this Court's order entered on January 13, 2019, the judgment is hereby entered in favor of the plaintiff, North American Specialty Insurance Company and against the defendant, Maria Depasquale in the amount of $1,610,553.08 in accordance with Fed. R. Civ. P. 58.

    It is so ordered.

February 3, 2020                                  By the Court:

                                                          /s/ Hanorah Tyer-Witek.
                                                          Clerk of Court